HAROLD REYNOLDS, Respondent, *v.* STATE OF NEW YORK, Appellant.   (Claim No. 25355.)

CLARENCE RICHARDS, Respondent, *v.* STATE OF NEW YORK, Appellant.   (Claim No. 25390.)

Submitted December 8, 1941; decided January 8, 1942.

*James F. Carroll* and *Edward W. Barrett* for motions.

*John J. Bennett, Jr., Attorney-General* (*James H. Glavin, Jr.*, of counsel), opposed.

Each motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the judgment does not finally determine the action within the meaning of the Constitution.